## DANIEL v. STATE.
### No. 23864.

Court of Criminal Appeals of Texas.
Jan. 7, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

## DANIEL v. STATE.
### No. 23865.

Court of Criminal Appeals of Texas.
Jan. 7, 1948.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for the offense of possessing whisky for the purpose of sale in a dry area, having entered a plea of guilty. He was assessed a fine of $200.

The record is brought forward without bills of exception or statement of facts. The proceedings are regular. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.